# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROOSEVELT LEBLANC

VERSUS

AMERICAN SOUTHERN HOME
INSURANCE COMPANY

CIVIL ACTION

23-1092-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr., dated May 8, 2024, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that that Plaintiff's Complaint is dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute and failure to comply with Court orders.

Signed in Baton Rouge, Louisiana, on this 5th day of June, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 29.